

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00362-CV

Steve **NUNEZ,**
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time is GRANTED. Appellant's brief is due November 14, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court